**FILED**

JUN 0 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                       )  | No. 1:12-CR-00163 BAM |
|       Plaintiff,      )  | |
|                       )  | ORDER OF RELEASE |
|    vs.                )  | |
|                       )  | |
| ANITA ABRAHAM,        )  | |
|                       )  | |
|       Defendant.      )  | |
|                       )  | |

The above named defendant having appeared in Court on June 2, 2016, IS HEREBY ORDERED released forthwith. Defendant is ORDERED to appear for an initial appearance and status conference on June 17, 2016, at 2:00 PM, in Department 7.

DATED: June 2, 2016         _____
                            ERICA P. GROSJEAN
                            UNITED STATES MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1