PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE A. PLANTE
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00163-BAM |
|---|---|
| Plaintiff, | REQUEST FOR ORDER DIRECTING U.S. PROBATION OFFICE TO FILE PETITION FOR VIOLATION OF PROBATION |
| v. | |
| ANITA ABRAHAM, | COURT: Hon. Erica P. Grosjean |
| Defendant. | |

**REQUEST**

Plaintiff United States of America, by and through its counsel of record, Phillip A. Talbert, Acting United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, hereby requests as follows:

1. The defendant was sentenced on May 31, 2012 to a $500 fine, a $25 special assessment, 50 hours of community service and 2 years of unsupervised probation.

2. The Honorable Barbara A. McAuliffe issued an arrest warrant as a result of defendant's failure to appear for a review hearing on February 27, 2013.

3. The defendant made an initial appearance on the arrest warrant on June 2, 2016.

4. A status conference is scheduled in this matter for June 17, 2016.

5. The United States requests that this Court issue an order directing the U.S. Probation Office to submit a Petition for Violation of Probation to the Court in advance of the June 17, 2016 status

conference.

Dated: June 14, 2016                                     PHILLIP A. TALBERT
                                                         Acting United States Attorney


                                                         /s/ *KATHERINE A. PLANTE*
                                                         KATHERINE A. PLANTE
                                                         Special Assistant United States
                                                         Attorney


## ORDER

For good cause appearing, this Court orders the U.S. Probation Office to file a Petition for Violation of Probation in advance of the June 17, 2016 status conference.

IT IS SO ORDERED.

Dated:  **June 14, 2016**                                /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE