**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>vs.<br><br>ANITA ABRAHAM<br><br>          Defendant. | 1:12-CR-00163-BAM<br><br>ORDER CLARIFYING ORDER, REGARDING DEFENDANT'S MOTION TO DISMISS;<br><br>ORDER DISMISSING CHARGES 2, 4, 5, 6 OF THE PETITION FOR VIOLATION OF PROBATION (Doc. 17) |

   Defendant Anita Abraham ("Defendant") moved to dismiss the Petition for Violation of Probation, dated June 16, 2016, on the ground that this Court lacks jurisdiction because it did not issue a warrant or summons prior to the expiration of Ms. Abraham's term of probation (Doc. 21). On August 23, 2016, the Court ruled on Defendant's motion, granting in part and denying in part. (Doc. 28)  On September 9, 2016, the parties filed a joing motion for clarification, noting an inconsistency in the Court's order and requesting clarification regarding which charges the Court intended to dismiss.  (Doc. 30)

   In the Court's prior order, (Doc. 28) the Court stated, in relevant part:

> Defendant also asks the Court to strike the allegations of violations that occured between February 27, 2013 and June 1, 2016 because those alleged violations occurred when probation was supposedly tolled. . . . It would seem to follow that the Defendant cannot be liable for violating the terms of probation while probation has been tolled.  Accordingly, the Court will grant Defendant's motion to dismiss charges

1

4, 5, and 6, which concern alleged violations during the time Defendant had a fugitive status.

Accordingly, Defendant's motion to dismiss is GRANTED IN PART and DENIED IN PART.  The Court overrules the challenge to the Court's jurisdiction, but dismisses charges 3-6 from the Petition for Violation of Probation, dated June 16, 2016.

In Defendant's motion to dismiss, Defendants asked that charges 2, 4, 5, and 6 be dismissed. (Doc 24, p. 7)  Charge 2 alleges that "The defendant failed to appear for a review hearing on February 27, 2013."  (Doc. 17)  In the government's opposition to the motion to dismiss, the government took the position that " She [Defendant] became a fugitive at some point before February 27, 2012 [sic]."  (Doc. 23).  As the Court's order was based on a finding that Defendant's probation status was tolled while Defendant had fugitive status, and the government claims that tolling began before February 27, 2013 (although it incorrectly stated the year as 2012), the Court agrees with Defendant that charge 2 should be dismissed because Defendant's probation was tolled at that time.

Charge 3 alleges that "The defendant has failed to make payments towards her fine and special assessment."  This charge concerns conduct while Defendant was on probation and not during the tolled period.  Accordingly, it should not have been dismissed.

Thus, the Court clarifies that charges 2, 4, 5, 6 of the Petition for Violation of Probation dated June 16, 2016 are dismissed.

IT IS SO ORDERED.

Dated:   **September 7, 2016**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE