1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ANITA ABRAHAM

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  Case No. 1:12-cr-00163-BAM
                                  )
12              Plaintiff,        )  REQUEST FOR RULE 43 WAIVER OF
                                  )  APPEARANCE AT SEPTEMBER 28, 2016
13       vs.                      )  STATUS CONFERENCE; [PROPOSED]
                                  )  ORDER
14  ANITA ABRAHAM,                )
                                  )
15              Defendant.        )
                                  )
16

17       Pursuant to Federal Rule of Criminal Procedure 43(b)(2) and (3), Anita Abraham, having

18  been advised of her right to be present at all stages of the proceedings, hereby requests that this

19  Court permit her to waive her right to personally appear at the September 28, 2016 status

20  conference, which will be a non-substantive hearing.  Ms. Abraham agrees that her interests shall

21  be represented at all times by the presence of her attorney, the Office of the Federal Defender for

22  the Eastern District of California, the same as if she were personally present, and requests that

23  this Court allow her attorney-in-fact to represent her interests at all times.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 22, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ANITA ABRAHAM

# O R D E R

Defendant's request for a waiver of appearance is granted. Defendant's appearance is waived at the *special set* 2nd Status Conference re Violation of Probation on September 28, 2016 at 10:00 AM in courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **September 23, 2016**                    /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE